**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____
(State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   EMC Bronxville Metropolitan LLC

3. **Other names you know the debtor has used in the last 8 years**

   Metloft Bronxville, LLC

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   47-1591372
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 759  Palmer Road | |
   | Number  Street | Number  Street |
   | | P.O. Box |
   | Bronxville    NY   10708 | |
   | City    State   ZIP Code | City    State   ZIP Code |
   | | Location of principal assets, if different from principal place of business |
   | Westchester | |
   | County | Number  Street |
   | | |
   | | City    State   ZIP Code |

Debtor  **EMC Bronxville Metropolitan LLC**　　　　　　　Case number (if known) _____
　　　　Name

### 6. Debtor's website (URL) _____

### 7. Type of debtor
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

### 8. Type of debtor's business
Check one:
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [x] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [ ] None of the types of business listed.
- [ ] Unknown type of business.

### 9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?
- [ ] No
- [x] Yes. Debtor **EMC Hotels and Resorts LLC**  Relationship **Same Member**
  District **SDNY**  Date filed **06/18/2018**  Case number, if known **18-22932**
  　　　　　　　　　　　　　　　MM / DD / YYYY

  Debtor _____  Relationship _____
  District _____  Date filed _____  Case number, if known _____
  　　　　　　　　　　　MM / DD / YYYY

## Part 3: Report About the Case

### 10. Venue
Check one:
- [ ] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [x] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

### 11. Allegations
Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

At least one box must be checked:
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### 12. Has there been a transfer of any claim against the debtor by or to any petitioner?
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  *EMC Bronxville Metropolitan LLC*    Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Thomas E Haynes Architect | Services | $ 45,000 |
| Werner E. Tietjen, PE | Services | $ 86,677.65 |
| Hall Heating & Cooling Service Inc. | Services | $ 70,000 |
| | Total of petitioners' claims | $ 201,677.65 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Thomas E Haynes Architect
570 Yonkers Avenue
Yonkers    NY    10704

Name and mailing address of petitioner's representative, if any
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 22 2018

X _____ Signature of petitioner or representative, including representative's title

**Attorneys**

Joseph E. Sarachek
The Sarachek Law Firm
101 Park Avenue, 27th Floor
New York    NY    10178

Contact phone 212-808-7881    Email joe@saracheklawfirm.com
Bar number 2163228
State NY

X _____ Signature of attorney
Date signed 6 22 2018

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

| Debtor | EMC Bronxville Metropolitan LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Name and mailing address of petitioner**

Name: Werner E. Tietjen, PE
Number / Street: 60 Purchase Street
City: Rye   State: NY   ZIP Code: 10580

**Name and mailing address of petitioner's representative, if any**

Name: —
Number / Street:
City:   State:   ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06 21 2018

X _(signed)_  Principle of Firm
Signature of petitioner or representative, including representative's title

Printed name: Joseph E. Sarachek
Firm name: The Sarachek Law Firm
Number / Street: 101 Park Avenue, 27th Floor
City: New York   State: NY   ZIP Code: 10178
Contact phone: 212-808-7881   Email: joe@sarracheklawfirm.com
Bar number: 2163228
State: NY

X _(signed)_ Joseph E Sarachek
Signature of attorney
Date signed: 6 21 2018

---

**Name and mailing address of petitioner**

Name: Hall Heating & Cooling Service Inc.
Number / Street: 15 Home Street
City: White Plains   State: NY   ZIP Code: 10606

**Name and mailing address of petitioner's representative, if any**

Name:
Number / Street:
City:   State:   ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ MM / DD / YYYY

X ___
Signature of petitioner or representative, including representative's title

Printed name: Joseph E. Sarachek
Firm name: The Sarachek Law Firm
Number / Street: 101 Park Avenue, 27th Floor
City: New York   State: NY   ZIP Code: 10178
Contact phone: 212-808-7881   Email: joe@sarracheklawfirm.com
Bar number: 2163228
State: NY

X ___
Signature of attorney
Date signed: ___ MM / DD / YYYY

Debtor: **EMC Bronxville Metropolitan LLC**

Case number (if known): _____

---

**Name and mailing address of petitioner**

Name: Werner E. Tietjen, PE
Number: 60   Street: Purchase Street
City: Rye   State: NY   ZIP Code: 10580

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number: _____ Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name: Joseph E. Sarachek
Firm name: The Sarachek Law Firm
Number: 101   Street: Park Avenue, 27th Floor
City: New York   State: NY   ZIP Code: 10178
Contact phone: 212-808-7881   Email: joe@sarucheklawfirm.com
Bar number: 2163228
State: NY

X _____
Signature of attorney

Date signed: ___/___/_____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Hall Heating & Cooling Service Inc.
Number: 15   Street: Home Street
City: White Plains   State: NY   ZIP Code: 10606

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number: _____ Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/20/2018

X _____ (signed)
Signature of petitioner or representative, including representative's title

Printed name: Joseph E. Sarachek
Firm name: The Sarachek Law Firm
Number: 101   Street: Park Avenue, 27th Floor
City: New York   State: NY   ZIP Code: 10178
Contact phone: 212-808-7881   Email: joe@sarucheklawfirm.com
Bar number: 2163228
State: NY

X _____ (signed) Joseph E. Sarachek
Signature of attorney

Date signed: 6/20/2018

---