`RATTET, PLLC
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 381-7400

*Attorneys for (Involuntary) Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :
In re                                                        :    Chapter 7
                                                             :
EMC Bronxville Metropolitan LLC,                             :    Case No.: 18−22963−rdd
                                                             :
                            Debtor.                          :
                                                             :
------------------------------------------------------------ x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　　　RATTET PLLC, by the undersigned, hereby enters an appearance as counsel in this case for the (Involuntary) Debtor.

Dated:    White Plains, New York
          June 26, 2018

                                                    RATTET PLLC
                                                    Attorneys for (Involuntary) Debtor

                                                    By:    /s/  Robert L. Rattet
                                                           Robert L. Rattet, Esq.
                                                    202 Mamaroneck Avenue
                                                    Suite 300
                                                    White Plains, NY 10601
                                                    (914) 381-7400