RATTET, PLLC
202 Mamaroneck Avenue
White Plains, New York 10601
(914) 381-7400

*Attorneys for (Involuntary) Debtor*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                              :
In re                                                         :    Chapter 7
                                                              :
EMC Bronxville Metropolitan LLC,                              :    Case No.: 18−22963−rdd
                                                              :
                                                              :
                                  Debtor.                     :
                                                              :
------------------------------------------------------------- x


TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      RATTET PLLC, by the undersigned, hereby enters an appearance as counsel in this case for the (Involuntary) Debtor.


Dated:    White Plains, New York
          June 26, 2018

                RATTET PLLC
                Attorneys for (Involuntary) Debtor

                By:   /s/  James B. Glucksman
                          James B. Glucksman, Esq.
                202 Mamaroneck Avenue
                Suite 300
                White Plains, NY 10601
                (914) 381-7400