UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
In re                                                         :
EMC Bronxville Metropolitan LLC,                              :   Chapter 7
                              Debtor.                         :   Case No.: 18−22963−rdd
                                                              :
------------------------------------------------------------- x

# ORDER CONVERTING INVOLUNTARY CHAPTER 7 CASE
# TO CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Upon the unopposed motion, dated July 15, 2018 [Dkt. Nos. 7 and 9] (the "Motion") of the involuntary debtor herein, EMC Bronxville Metropolitan LLC (the "Debtor") for an order under 11 U.S.C. § 706(a) and Fed. R. Banrk. P. 1017(f) converting this case to a case under chapter 11 of the Bankruptcy Code; and this case not having previously been converted pursuant to 11 U.S.C. §§ 1112, 1208 or 1307; and no additional notice or hearing being required, it is hereby

ORDERED, that the Motion is granted and pursuant to 11 U.S.C. § 706(a) this involuntary chapter 7 case is converted to a case under chapter 11 of the Bankruptcy Code; and it is further

ORDERED, that the Debtor shall timely comply with all of the duties of a chapter 11 debtor and debtor in possession; and it is further

ORDERED, that this Order is without prejudice to any right the Debtor or its estate may to appropriate relief under 11 U.S.C. § 303(i).

Dated:  White Plains, New York
        July 23, 2018                /s/Robert D. Drain
                                     UNITED STATES BANKRUPTCY JUDGE