ANDREA SCHWARTZ, ESQ.
OFF. OF THE US TRUSTEE SDNY
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004


BANCO POPULAR NORTH AMERICA
C/O VEDDER PRICE
1633 BROADWAY - 31ST FLOOR
NEW YORK, NY 10019


DANIEL D. TARTAGLIA, ESQ.
800 WESTCHESTER AVENUE
SUTIE N307
RYE BROOK, NY 10573


DUANE MORRIS LLP
1540 BROADWAY
NEW YORK, NY 10036


FRED STEVENS, ESQ.
KLESTADT WINTERS JURELLER
200 WEST 41ST STREET - 17TH FL
NEW YORK, NY 10036-7203


HALL HEATING & COOLING
      SERVICE INC.
15 HOME STREET
WHITE PLAINS, NY 10606


HD DEV NYLO, LLC
C/O MITCHELL POLLACK & ASSOCS
150 WHITE PLAINS ROAD, STE 310
TARRYTOWN, NY 10591


HHM NYACK, LLC
C/O ROBINSON BROG LEINWAND
875 THIRD AVENUE - 9TH FLOOR
NEW YORK, NY 10022


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JAMES STEINMEYER, ESQ.
EASTON-STEINMEYER & ASSOCS LLC
79 MADISON AVENUE - 16TH FLOOR
NEW YORK, NY 10016


JOE LOMBARDO PLUMBING &
    HEATING OF ROCKLAND INC.
321 SPOOK ROCK ROAD
SUFFERN, NY 10901


JOHN V. KRUPA
63 PLANK ROAD
STATEN ISLAND, NY 10314


JOSEPH E. SARACHEK, ESQ.
THE SARACHEK LAW FIRM
101 PARK AVENUE, 27TH FLOOR
NEW YORK, NY 10178


LOUIS PERFETTO, ESQ.
COHEN & PERFETTO LLP
444 MADISON AVENUE - 5TH FL
NEW YORK, NY 10022


MICHAEL LAWRENCE SIMES, ESQ.
MCGUIRE WOODS LLP
1251 AVE OF THE AMERICAS 20 FL
NEW YORK, NY 10020-1104


MR. EDGAR M. COSTA
129 WEST 20TH STREET
APT. PHAB
NEW YORK, NY 10011


NABER ELECTRIC INC.
1025 SAW MILL RIVER ROAD
YONKERS, NY 10710


NYC DEPT OF FINANCE
345 ADAMS STREET, 3RD FLR
ATTN: LEGAL AFFAIRS DIV.
BROOKLYN, NY 11201-3719

```
NYS DEPT OF TAX & FINANCE
BANKRUPTCY SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205-0300


NYS UNEMPLOYMENT INS. FUND
P.O. BOX 551
ALBANY, NY 12201


PARKING VIOLATIONS BUREAU
210 JORALEMON AVENUE
BROOKLYN, NY 11201


PERIMETER CONCRETE CORP.
374 TULIP AVENUE
FLORAL PARK, NY 11001


RICHARD G. FONTANA, ESQ.
122 WESTMORELAND AVENUE
WHITE PLAINS, NY 10606


ROBERT I. LESSER
GOETZ FITZPATRICK, LLP
1 PENNSYLVANIA AVE - 31ST FL
NEW YORK, NY 10119-0196


ROBERT L. RATTET, ESQ.
RATTET PLLC
202 MAMARONECK AVENUE, STE 300
WHITE PLAINS, NY 10601


SEC - NY REGIONAL OFFICE
200 VESSEY STREET - SUITE 400
ATTN: ANDREW M. CALAMARI
NEW YORK, NY 10281


SPRAY ENTERPRISE
659 EAST 226 STREET
BRONX, NY 10466


THERESA A. DRISCOLL,ESQ.
MORITT HOCK & HAMROFF LLP
400 GARDEN CITY PLAZA
GARDEN CITY, NY 11530
```

THOMAS E HAYNES ARCHITECT
570 YONKERS AVENUE
YONKERS, NY 10704


TNT CONTRACTING GROUP LLC
8 GRAND STREET
GARFIELD, NJ 07026


TRACY L. KLESTADT, ESQ.
KLESTADT WINTERS JURELLER
200 WEST 41ST STREET, 17TH FL
NEW YORK, NY 10036-7203


U.S. ATTY'S OFFICE SDNY
TAX & BANKRUPTCY UNIT
86 CHAMBERS ST, 3RD FL
NEW YORK, NY 10007


U.S. DEPT. OF HUD
OFF. OF REGIONAL COUNSEL NY/NJ
26 FEDERAL PLAZA - ROOM 3500
NEW YORK, NY 10278


WERNER E. TIETJEN, PE
60 PURCHASE STREET
RYE, NY 10580


ZBI METROPOLITAN INVESTORS LLC
ATTN:  RICK SINGER
40 WEST 57TH ST., 29TH FLOOR
NEW YORK, NY


ZSC INVESTORS LLC
ATTN:  RICK SINGER
40 WEST 57TH ST., 29TH FLOOR
NEW YORK, NY