## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### Introduction

On June 22, 2018 (the "Petition Date"), an involuntary Chapter 7 petition was filed against EMC Bronxville Metropolitan LLC (the "Debtor"), under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York, White Plains Division (the "Bankruptcy Court").

On July 23, 2018, the Bankruptcy Court entered an order converting the Chapter 7 case to Chapter 11 under of the Bankruptcy Code. [DE 14].

On September 25, 2018, the Bankruptcy Court entered an order approving the appointment of Fred Stevens, Esq., as the Chapter 11 Trustee (the "Trustee"). [DE 43].

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("Statements"). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Trustee's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Trustee relied upon information derived from the Debtor's available books and records. Although the Trustee has made reasonable efforts to gather, secure and review the Debtor's books and records, the Trustee is not satisfied at the time of this filing that he has a complete set of books and records of the Debtor. Parties should be advised that inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Trustee, his attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Trustee, his attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the

information be updated, modified, revised, or re-categorized. The Trustee, on behalf of himself or the Debtor's officers, employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

In reviewing and signing the Schedules and Statements, the Trustee relied upon the efforts, statements, and representations of the Trustee's professionals and in certain instances upon the Debtor's former personnel. The Trustee has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Trustee reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Trustee against which the Claim is listed or against the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Trustee is not hereby committing or obligating himself to update the Schedules and Statements.

2. **Description of Cases and "as of" Information Date**. The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of the close of business on June 22, 2018, and the liability information provided herein, except as otherwise noted, represents the liability data of the Debtor as of the close of business on June 22, 2018.

3. **Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Trustee to obtain current market valuations for all of the Debtor's assets. Additionally, because the book values of certain assets, such as equipment may materially differ from their fair market values, they may be listed as

undetermined amounts as of the Petition Date. Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes may not appear in the Schedules and Statements if they have no net book value.

4.  **Recharacterization**. Notwithstanding the Trustee's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Trustee may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items. Accordingly, the Trustee reserves all of his rights to recharacterize, reclassify, recategorize, further designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.  **Real Property and Personal Property–Leased**. In the ordinary course of its business, the Debtor may have leased various articles of personal property, including, fixtures, and equipment, from certain third-party lessors. The Trustee has made reasonable efforts to list all such leases in the Schedules and Statements.

6.  **Excluded Assets and Liabilities**. The Trustee has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.

7.  The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Trustee reserves all of his rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

    The Trustee has excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, [accrued salaries, employee benefit accruals], and deferred gains. In addition, certain immaterial assets and liabilities may have been excluded.

8.  **Executory Contracts and Unexpired Leases**. The Debtor's known executory contracts and unexpired leases have been set forth in Schedule G.

9.  **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Trustee of the legal rights of the claimant, or a waiver of the Trustee's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

10. **Claims Description**. Schedules D and E/F permit the Trustee to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Trustee. For the avoidance of doubt, given the Trustee's present inability to verify the accuracy of the Debtor's books and records, the Trustee has determined to designate all claims as "disputed." The overall effect of this determination will be that creditors are required to file proofs of their claims by a bar date to be established in this case. In the Trustee's view, a review and reconciliation of such proofs of claim, if and when filed, will be the most efficient means of verification of such claims and interests for this case.

11. **Causes of Action**. Despite reasonable efforts to identify all known assets, the Trustee may not have listed all of the Debtor's causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Trustee reserves all of his rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

12. **Parties-in-Interest.** The Trustee has discovered certain records that are inconsistent in relation to control, ownership and/or membership of the Debtor, including the parties in interest identified in Statements 28 and 29. As such, the Trustee reserves all rights to further investigate and modify the descriptions of the following parties in interest and their roles, duties, and relationships with the Debtor.

   a. Edgar M. Costa ("Costa"), as a member of ELP Ventures II, LLC, has asserted to be the sole manager of the Debtor, f/k/a Metloft Bronxville LLC as of the Petition Date. On or about March 19, 2018, Costa changed the name of the company from Metloft Bronxville, LLC to EMC Bronxville Metropolitan LLC.

   b. Key Real Estate Bronxville, LLC ("KREB") is a limited liability company formed under the laws of the State of New York on or around June 3, 2014. KREB is asserted to be the sole member of the Debtor as of the Petition Date and was believed to be previously owned by some combination of Donald F. Wellington ("Wellington"), Brad Wellington and KAW Bronxville, LLC ("KAW"). Based

upon the available documents reviewed, it appears that in 2016 KAW transferred its ownership interest in KREB to Kerry Wellington and Michael Yanko ("Yanko"). In addition, according to statements of Wellington, on or about December 5, 2017, he sold 100% of his membership interests in KREB to Costa. Wellington is seeking rescission of the instruments that purport to transfer his membership interest in KREB to Costa based on, among other things, Costa's alleged fraudulent misrepresentations.

c. WY Management LLC ("WY Management") was a limited liability company formed under the laws of the State of New York on or around March 4, 2011 and appears to have been dissolved on January 4, 2018. WY Management is the former sole manager of the Debtor and was believed to be owned by some combination of Donald F. Wellington, Kerry Wellington and Yanko.

d. EMC Builders Metropolitan LLC f/k/a WY Builders Metropolitan, LLC ("WY Builders Metro") is a limited liability company formed under the laws of the State of New York on or around August 14, 2014. WY Builders Metro and the Debtor entered into a Standard Form of Agreement Between Owner and Contractor on October 31, 2014 for the development of the real property owned by the Debtor. WY Builders Metro was believed to be previously owned by some combination of Kerry Wellington and Yanko. On or about March 19, 2018, Costa changed the name of the company from WY Builders Metropolitan, LLC to EMC Builders Metropolitan LLC.

e. Kerry Wellington appears to have acted as a manager of the Debtor or KREB prior to Costa's purported ownership of the Debtor.

13. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

### Specific Disclosures with Respect to the Debtor's Schedules

**Schedule A/B**. All values set forth in Schedule A/B reflect the book value of the Debtor's assets as of the close of business on June 22, 2018, unless otherwise noted below.

**Schedule A/B part 7, 8 and 9**. Values related to furniture, equipment, building, vehicles and real property listed on Schedule A/B part 7, 8 and 9 are as the current market value, if known.

**Schedule D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included. All Claims listed on Schedule D, however, appear to have been incurred before the Petition Date.

**Schedule E/F part 1**. With the exception of Claim 2.6, the Claimants listed in this category are for noticing purposes only. The Trustee is currently unaware of any amounts due to these Claimants.

**Schedule E/F part 2**. The Trustee has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F part 2, based upon the Debtor's books and records as of the Petition Date.

Determining the date upon which each Claim on Schedule E/F part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Trustee does not list a date for each Claim listed on Schedule E/F part 2. Furthermore, claims listed on Schedule E/F part 2 may have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E//F may be subject to subordination pursuant to section 510 of the Bankruptcy Code or otherwise. Schedule E/F part 2 also includes potential or threatened litigation claims. Any information contained in Schedule E/F part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein. The Trustee expressly incorporates by reference into Schedule E/F part 2 all parties to pending litigation listed in the Trustee's Statements 7, as contingent, unliquidated, and disputed claims, to the extent not already listed on Schedule E/F part 2.

Schedule E/F part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases. Additionally, Schedule E/F part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G**. Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained through the Trustee's reasonable efforts. Listing or omitting a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is or is not an executory contract or unexpired lease was in effect on the Petition Date or is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Trustee's reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules,

6

riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such agreements may not be set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have not been included on the Schedule G.

**Schedule H**. For purposes of Schedule H, the parties that are either the principal obligors or guarantors under the prepetition debt facilities are listed as co-debtors on Schedule H. The Trustee may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Litigation matters can be found on the Debtor's Schedule E/F part 2 and Statement 7, as applicable.

**Fill in this information to identify the case:**

Debtor name    **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-22963-rdd**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $     Unknown

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     Unknown

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................. $     Unknown

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $     **20,192,452.17**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **4,295.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ +$     **34,353,141.34**

4.  **Total liabilities** ....................................................................................................................................
    Lines 2 + 3a + 3b

    $     **54,549,888.51**

**Fill in this information to identify the case:**

Debtor name      **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **18-22963-rdd**

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Bank of America** | **Checking** | **2942** | **Unknown** |
| 3.2. | **HSBC** | **Unknown** | **2760** | **Unknown** |
| 3.3. | **Popular Bank** | **Unknown** | **XXXX** | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$0.00**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number *(If known)* | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:    **100,000.00** - **100,000.00** =.... **$0.00**

face amount                    doubtful or uncollectible accounts

11b. Over 90 days old:    **3,220,827.42** - **3,220,827.42** =.... **$0.00**

face amount                    doubtful or uncollectible accounts

12.    **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$0.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture**<br>**Believed to be Furniture and Fixtures in a third party storage facility under contract with Elite Moving & Storage Inc.**<br>**PO Box 384 New York, NY 10027** | **Unknown** | | **Unknown** |
| **Furniture & Fixtures - On Site**<br>**759 Palmer Ave, Yonkers, NY 10708** | **Unknown** | | **Unknown** |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and**

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number *(If known)* | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

communication systems equipment and software

42.   **Collectibles**  *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**

      Add lines 39 through 42.  Copy the total to line 86.

| | **$0.00** |
|---|---|

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**

      ■ No

      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

      ■ No

      ☐ Yes

<hr>

**Part 8:**      **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.

      ☐ Yes Fill in the information below.

<hr>

**Part 9:**      **Real property**

54. **Does the debtor own or lease any real property?**

      ☐ No.  Go to Part 10.

      ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | | | | |
| **759 Palmer Road Yonkers, Westchester County, New York 10708** | **Fee interest in partially constructed residential real estate** | **Unknown** | **N/A** | **Unknown** |

56.      **Total of Part 9.**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

| | **$0.00** |
|---|---|

57.      **Is a depreciation schedule available for any of the property listed in Part 9?**

      ■ No

      ☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

      ☐ No

      ■ Yes

<hr>

**Part 10:**      **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

Debtor    **EMC Bronxville Metropolitan LLC**                                    Case number *(If known)*  **18-22963-rdd**
                    Name

☐ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **EMC Bronxville Metropolitan LLC**                              Case number *(If known)*  **18-22963-rdd**
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name    **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-22963-rdd**

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1**  **A&A Fab LLC**
Creditor's Name

**955 Burnt Meadow Rd, Ste 1**
**Hewitt, NJ 07421**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/10/18**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**759 Palmer Road, Yonkers, Westchester County, New York 10708**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: **$547,331.59**
Value of collateral: **Unknown**

**2.2**  **Banco Popular North America**
Creditor's Name

**85 Broad Street, 10th Floor**
**Attn: Joseph Farrauto**
**New York, NY 10004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/20/2014**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**759 Palmer Road, Yonkers, Westchester County, New York 10708**

Describe the lien
**Building Loan Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$12,849,633.18**
Value of collateral: **Unknown**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if know) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

■ No
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.3 | **Banco Popular North America** | Describe debtor's property that is subject to a lien | **$5,264,205.12** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**85 Broad Street, 10th Floor
Attn: Joseph Farrauto
New York, NY 10004**

**759 Palmer Road, Yonkers, Westchester County, New York 10708**

Creditor's mailing address

**Describe the lien**

**Project Loan Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/20/2014**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.4 | **City of Yonkers RE Taxes** | Describe debtor's property that is subject to a lien | **$96,583.74** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Assessment Office
40 South Broadway -Room 100
Yonkers, NY 10701**

**759 Palmer Road, Yonkers, Westchester County, New York 10708**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Easton-Steinmeyer & Assoc LLC** | Describe debtor's property that is subject to a lien | **$156,588.20** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**79 Madison Ave
16th Floor
New York, NY 10016**

**759 Palmer Road, Yonkers, Westchester County, New York 10708**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 6

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if know) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| Creditor's email address, if known | |
|---|---|

**Date debt was incurred**

**6/7/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **Joe Lombardo Plumbing & Heatin** | Describe debtor's property that is subject to a lien | $142,159.84 | Unknown |
|---|---|---|---|---|

Creditor's Name

**759 Palmer Road, Yonkers, Westchester County, New York 10708**

**321 Spook Rock Road
Suffren, NY 10901**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

| Creditor's email address, if known | |
|---|---|

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/12/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **John V. Krupa** | Describe debtor's property that is subject to a lien | $390,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**759 Palmer Road, Yonkers, Westchester County, New York 10708**

**63 Plank Rd
Staten Island, NY 10314**

Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

| Creditor's email address, if known | |
|---|---|

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**11/6/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 3 of 6 |
|---|---|---|

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if know) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

| 2.8 | **Naber Electric, Inc.** | Describe debtor's property that is subject to a lien | $221,963.50 | Unknown |
|---|---|---|---|---|

**Naber Electric, Inc.**
Creditor's Name

**1025 Saw Mill River Road
Yonkers, NY 10710**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**759 Palmer Road, Yonkers, Westchester County, New York 10708**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/5/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.9 | **Perimeter Concrete Corp.** | Describe debtor's property that is subject to a lien | $194,200.00 | Unknown |
|---|---|---|---|---|

**Perimeter Concrete Corp.**
Creditor's Name

**374 Tulip Ave
Floral Park, NY 11001**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**759 Palmer Road, Yonkers, Westchester County, New York 10708**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/14/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.10 | **Spray Enterprise** | Describe debtor's property that is subject to a lien | $19,990.00 | Unknown |
|---|---|---|---|---|

**Spray Enterprise**
Creditor's Name

**659 East 226th Street
Bronx, NY 10466**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**759 Palmer Road, Yonkers, Westchester County, New York 10708**

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/26/2018**
**Last 4 digits of account number**

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 4 of 6

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number *(if know)* | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 1 | **TNT Contracting Group, LLC** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**   $309,797.00   Unknown

**9 Grand Street
Garfield, NJ 07026**

**759 Palmer Road, Yonkers, Westchester County, New York 10708**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/7/2017**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$20,192,452.17**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **A&A Fab LLC c/o MacVean, Lewis, Sherman 34 Grove St, PO Box 310 Middletown, NY 10940** | Line **2.1** | |
| **Banco Popular North America c/o Zelcher Ellman & Krause LL 1211 Avenue of the Americas New York, NY 10019** | Line **2.2** | |
| **Banco Popular North America c/o Zelcher Ellman & Krause LL 1211 Avenue of the Americas New York, NY 10019** | Line **2.3** | |
| **Easton-Steinmeyer & Assoc LLC c/o Duane Morris, LLP 1540 Broadway New York, NY 10036** | Line **2.5** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **EMC Bronxville Metropolitan LLC**                                   Case number (if know)   **18-22963-rdd**
_____
Name

**TNT Contracting Group, LLC**
**c/o Richard G. Fontana, Esq.**                      Line   **2.11**
**122 Westmoreland Ave**
**White Plains, NY 10606**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name      **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **18-22963-rdd**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|  | **Consolidated Edison Co. of NY**<br>**511 Theodore Fremd Ave**<br>**Floor 2**<br>**Rye, NY 10580** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |  |
|  | _____<br>Date or dates debt was incurred | Basis for the claim:<br>_____ |  |  |
|  | Last 4 digits of account number **3004**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>1</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|  | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed |  |  |
|  | _____<br>Date or dates debt was incurred | Basis for the claim:<br>_____ |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address **NYC Dept. of Finance** **345 Adans Street, 3rd Floor** **Attn: Legal Affairs Div.** **Brooklyn, NY 11201-3719** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address **NYS Dept. of Tax & Finance** **Bankruptcy Special Procedures** **P.O. Box 5300** **Albany, NY 12205-0300** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address **NYS Unemployment Ins. Fund** **P.O. Box 551** **Albany, NY 12201** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address **Octagon Painting Inc.** **10 High Ridge Road** **West Harrison, NY 10604** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | **$4,295.00** | **$4,295.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (3) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Parking Violations Bureau**
**210 Joralemon Avenue**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**SEC - NY Regional Office**
**200 Vessey Street - Suite 400**
**Attn: Andrew M. Calamari**
**New York, NY 10281**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**U.S. Dept. of HUD**
**Off of Regional Counsel NY/NJ**
**26 Federal Plaza - Room 3500**
**New York, NY 10278**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000,000.00** |
|---|---|---|---|

**AAEB5 Fund 17, LLC**
**489 Fifth Ave, 12th Floor**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,395.00** |
|---|---|---|---|

**Analytical Quality & Monitoring**
**P.O. Box 330-WOB**
**West Orange, NJ 07052**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,330.64 |
|---|---|---|---|
| | **Bank Direct Capital Finance** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ■ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,500,000.00 |
|---|---|---|---|
| | **BCG Ritz Trump, LLC** | ☐ Contingent | |
| | **3411 Silverside Rd, Ste 104** | ☐ Unliquidated | |
| | **Rodney Building** | ■ Disputed | |
| | **Wilmington, DE 19810-4809** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,991.52 |
|---|---|---|---|
| | **Building Structural** | ☐ Contingent | |
| | **Engineering Service** | ☐ Unliquidated | |
| | **40 Stakey Farm Rd** | ■ Disputed | |
| | **Southington, CT 06489** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,400.00 |
|---|---|---|---|
| | **Carlin-Simpson & Associates** | ☐ Contingent | |
| | **61-67 Main Street** | ☐ Unliquidated | |
| | **Sayreville, NJ 08872** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,612,084.62 |
|---|---|---|---|
| | **Donald Wellington** | ☐ Contingent | |
| | **2906 Old Lexington Rd** | ☐ Unliquidated | |
| | **Asheboro, NC 27205-2582** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,999.99 |
|---|---|---|---|
| | **Douglas Elliman Real Estate** | ☐ Contingent | |
| | **26 West 17th Street** | ☐ Unliquidated | |
| | **New York, NY 10011** | ■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,718.19 |
|---|---|---|---|
| | **Elite Moving & Storage** | ☐ Contingent | |
| | **c/o Vince Marin** | ☐ Unliquidated | |
| | **PO Box 384** | ■ Disputed | |
| | **New York, NY 10027** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**EMC Hotel & Resorts, LLC**
**400 High Ave**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,750.00** |
|---|---|---|---|

**GACE Consulting Engineers**
**105 Madison Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,295.00** |
|---|---|---|---|

**Grossfield Macri Consulting**
**Engineers PC**
**34 Shadblow Hill Rd**
**Ridgefield, CT 06877**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,000.00** |
|---|---|---|---|

**Hall Heating & Cooling Service**
**15 Home St.**
**White Plains, NY 10606**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,725.00** |
|---|---|---|---|

**Hamptons Production House**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|---|

**Hundred Stories LLC**
**215 E 68th St, Ste 20ZZ**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,253.13** |
|---|---|---|---|

**JMC Site Development Consult**
**120 Bedford Road**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**KAW Soma 7**
**1 Piermont Avenue**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$194,125.00** |
|---|---|---|---|

**Kerry Wellington**
**525 W 22nd St PH F**
**New York, NY 10011-1160**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$223,610.00** |
|---|---|---|---|

**Key Real Estate Bronxville LLC**
**1 Piermont Avenue**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$925.00** |
|---|---|---|---|

**Link Land Surveyors, P.C.**
**21 Clark Place, Suite 1B**
**Mahopac, NY 10541**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,368.56** |
|---|---|---|---|

**Quinn McCabe LLP**
**9 E 40th St, 14th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,950.00** |
|---|---|---|---|

**Redundant Pixel, LLC**
**265 Canal Street - Suite 408**
**New York, NY 10013**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,167.00** |
|---|---|---|---|

**RESIG**
**622 Third Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Rode Advertising**
**902 Broadway, 10th Fl**
**New York, NY 10010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$17,000.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Starr Associates LLP**
**220 E 42nd St, Ste 3302**
**New York, NY 10017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,473.95**

---

**3.26** | Nonpriority creditor's name and mailing address
**Sullivan Engineering LLC**
**409  Minnisink Road, Suite 103**
**Totowa, NJ 07512**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.27** | Nonpriority creditor's name and mailing address
**Tarter Krinsky & Drogin LLP**
**1350 Broadway**
**New York, NY 10018**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$43,024.30**

---

**3.28** | Nonpriority creditor's name and mailing address
**Thomas E. Haynes Architect**
**570 Yonkers Avenue**
**Yonkers, NY 10704**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$45,000.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**Welby, Brady & Greenblatt, LLP**
**11 Martine Avenue, 15th Floor**
**White Plains, NY 10606**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,250.79**

---

**3.30** | Nonpriority creditor's name and mailing address
**Werner E Tietjen, PE**
**68 Purchase St**
**Rye, NY 10580**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$86,677.65**

---

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number (if known) | **18-22963-rdd** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,254,651.00 |
|---|---|---|---|
| | **WY Builders Metropolitan LLC**<br>**1 Piermont Ave**<br>**Nyack, NY 10960** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|
| | **WY Builders Metropolitan LLC**<br>**1 Piermont Ave**<br>**Nyack, NY 10960** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,138,975.00 |
|---|---|---|---|
| | **Z Bronxville Investors LLC**<br>**Attn: Rick Singer**<br>**40 West 57th St, 29th Floor**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000,000.00 |
|---|---|---|---|
| | **ZSC Bronxville Metro Investors**<br>**Attn: Rick Singer**<br>**40 West 57th St, 29th Floor**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AAEB5 Fund 17, LLC**<br>**c/o DuVal & Stachenfeld**<br>**555 Madison Ave, 6th FL**<br>**New York, NY 10022** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Julia Yong-hee Park**<br>**c/o Advantage America EB-5 Grp**<br>**575 Madison Ave, FL 23**<br>**New York, NY 10022** | Line **3.1**<br>☐ Not listed. Explain ____ | __ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 4,295.00 |
| 5b. Total claims from Part 2 | 5b. | + $ | 34,353,141.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 34,357,436.34 |

**Fill in this information to identify the case:**

Debtor name    **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-22963-rdd**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Contract for Construction** | |
| State the term remaining | **WY Builders Metropolitan LLC**<br>**79 Main Street, 2nd Floor**<br>**Nyack, NY 10960** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-22963-rdd**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                             12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**
Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Donald F. Wellington | c/o Michael L. Simes, Esq. 1251 Ave of Americas, 20 FL New York, NY 10020 | Banco Popular North America | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Donald F. Wellington | c/o Michael L. Simes, Esq. 1251 Ave of Americas, 20 FL New York, NY 10020 | Banco Popular North America | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Donald F. Wellington | c/o Michael L. Simes, Esq. 1251 Ave of Americas, 20 FL New York, NY 10020 | Z Bronxville Investors LLC | ☐ D _____ <br> ■ E/F  **3.33** <br> ☐ G _____ |
| 2.4 | Donald F. Wellington | c/o Michael L. Simes, Esq. 1251 Ave of Americas, 20 FL New York, NY 10020 | ZSC Bronxville Metro Investors | ☐ D _____ <br> ■ E/F  **3.34** <br> ☐ G _____ |

| Debtor | **EMC Bronxville Metropolitan LLC** | Case number *(if known)* | **18-22963-rdd** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.5 | **Edgar Costa** | 129 West 20th St, PH AB<br>New York, NY 10011 | **Z Bronxville Investors LLC** | ☐ D _____<br>■ E/F  **3.33**<br>☐ G _____ |
| 2.6 | **Edgar Costa** | 129 West 20th St, PH AB<br>New York, NY 10011 | **ZSC Bronxville Metro Investors** | ☐ D _____<br>■ E/F  **3.34**<br>☐ G _____ |
| 2.7 | **EMC Hotels and Resorts, LLC** | c/o KWJS&S - Attn F. Stevens<br>200 West 41st St, 17th Floor<br>New York, NY 10036 | **BCG Ritz Trump, LLC** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.8 | **KAW NR, LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **BCG Ritz Trump, LLC** | ☐ D _____<br>■ E/F  **3.4**<br>☐ G _____ |
| 2.9 | **Kerry Wellington** | c/o Michael L. Simes, Esq.<br>1251 Ave of Americas, 20 FL<br>New York, NY 10020 | **Banco Popular North America** | ■ D  **2.2**<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Kerry Wellington** | c/o Michael L. Simes, Esq.<br>1251 Ave of Americas, 20 FL<br>New York, NY 10020 | **Banco Popular North America** | ■ D  **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Kerry Wellington** | c/o Michael L. Simes, Esq.<br>1251 Ave of Americas, 20 FL<br>New York, NY 10020 | **Spray Enterprise** | ■ D  **2.10**<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **EMC Bronxville Metropolitan LLC** | | Case number *(if known)* | **18-22963-rdd** |
|---|---|---|---|---|

███ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.12 | **Kerry Wellington** | c/o Michael L. Simes, Esq.<br>1251 Ave of Americas, 20 FL<br>New York, NY 10020 | **Z Bronxville Investors LLC** | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.13 | **Kerry Wellington** | c/o Michael L. Simes, Esq.<br>1251 Ave of Americas, 20 FL<br>New York, NY 10020 | **ZSC Bronxville Metro Investors** | ☐ D ____<br>■ E/F __3.34__<br>☐ G ____ |
| 2.14 | **Key Real Estate Bronxville LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Z Bronxville Investors LLC** | ☐ D ____<br>■ E/F __3.33__<br>☐ G ____ |
| 2.15 | **Key Real Estate Bronxville LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **ZSC Bronxville Metro Investors** | ☐ D ____<br>■ E/F __3.34__<br>☐ G ____ |
| 2.16 | **WY Builders Metropolitan LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Banco Popular North America** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.17 | **WY Builders Metropolitan LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Banco Popular North America** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.18 | **WY Builders Metropolitan LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Perimeter Concrete Corp.** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.19 | **WY Builders Metropolitan LLC** | c/o WY Management, LLC<br>79 Main Street, 2nd FL<br>Nyack, NY 10960 | **Naber Electric, Inc.** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **EMC Bronxville Metropolitan LLC** | | Case number *(if known)* | **18-22963-rdd** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20  **WY Builders Metropolitan LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **John V. Krupa** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.21  **WY Builders Metropolitan LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **TNT Contracting Group, LLC** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.22  **WY Builders Metropolitan LLC** | 759 Palmer Ave<br>Yonkers, NY 10710 | **A&A Fab LLC** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.23  **WY Builders, LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Joe Lombardo Plumbing & Heatin** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.24  **WY Management** | 1 Piermont Ave<br>Nyack, NY 10960 | **Spray Enterprise** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.25  **WY Management LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Spray Enterprise** | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.26  **WY Management LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **John V. Krupa** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.27  **WY Management LLC** | 1 Piermont Ave<br>Nyack, NY 10960 | **Easton-Steinmeyer & Assoc LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

**Fill in this information to identify the case and this filing:**

Debtor Name ___EMC Bronxville Metropolitan LLC___

United States Bankruptcy Court for the: ___Southern___ District of ___NY___
                                                                    (State)

Case number (*If known*): ___18-22963 (RDD)___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration Global Notes, Methodology and Specific Disclosures Regarding Schedule of Assets and Liabilities, and Statement of Financial Affairs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/16/2018___          ✘ *Fred Stevens*
             MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                      Fred Stevens, as Chapter 11 Trustee
                                      Printed name

                                      Chapter 11 Trustee
                                      Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name    **EMC Bronxville Metropolitan LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-22963-rdd**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$20,000.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$-201,817.19** |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

Debtor    **EMC Bronxville Metropolitan LLC**                                    Case number *(if known)*    **18-22963-rdd**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Not Available** | | **Unknown** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Not Available** | | **Unknown** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<h3>Part 3:    Legal Actions or Assignments</h3>

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<h3>Part 4:    Certain Gifts and Charitable Contributions</h3>

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **EMC Bronxville Metropolitan LLC**     Case number *(if known)* **18-22963-rdd**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **1 Piermont Ave**<br>**Nyack, NY 10960** | |

Debtor    **EMC Bronxville Metropolitan LLC**                                  Case number *(if known)*    **18-22963-rdd**

| Address | Dates of occupancy From-To |
|---|---|
| 14.2.  **79 Main Street Nyack, NY 10960** | |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankrupticies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1.  **Not Available** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Unknown** | **Unknown** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    **EMC Bronxville Metropolitan LLC**                    Case number *(if known)*  **18-22963-rdd**

---

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Elite Moving & Storage, Inc.**<br>**P.O. Box 384**<br>**New York, NY 10027** | **Trustee and his professionals have not had access; unknown of any other party had/has access** | **Believed to be Furniture and Fixtures in a third party storage facility under contract with Elite Moving & Storage, Inc.** | ☐ No<br>■ Yes |

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

Debtor   **EMC Bronxville Metropolitan LLC**                                   Case number *(if known)*   **18-22963-rdd**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Sandra Romero**<br>**EMC Bronxville Metropolitan**<br>**759 Palmer Road**<br>**Bronxville, NY 10708** | **2014 - June 2018** |
| 26a.2.  **WY Builders Metropolitan LLC**<br>**1 Piermont Ave**<br>**Nyack, NY 10960** | |
| 26a.3.  **WY Management LLC**<br>**1 Piermont Ave**<br>**Nyack, NY 10960** | |
| 26a.4.  **Kerry Wellington**<br>**525 West 22nd ST, PH F**<br>**New York, NY 10011** | |
| 26a.5.  **Edgar Costa**<br>**129 West 20th St, PH AB**<br>**New York, NY 10011** | |
| 26a.6.  **John V. Krupa**<br>**63 Plank Rd**<br>**Staten Island, NY 10314** | |
| 26a.7.  **Key Real Estate Bronxville LLC**<br>**1 Piermont Ave**<br>**Nyack, NY 10960** | |
| 26a.8.  **Imowitz Koenig & Co., LLP**<br>**622 Third Avenue, 33rd Floor**<br>**New York, NY 10017** | |
| 26a.9.  **Real Estate Systems**<br>**Implementation Group, LLC**<br>**622 Third Avenue, 33rd Floor**<br>**New York, NY 10017** | |
| 26a.10.  **Alicia Boudreau**<br>**20 Delloro Street**<br>**West Haverstraw, NY 10993-1204** | **2013 - June/July**<br>**2016** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **EMC Bronxville Metropolitan LLC**                                    Case number *(if known)*    **18-22963-rdd**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Imowitz Koenig & Co., LLP<br>622 Third Avenue, 33rd Floor<br>New York, NY 10017** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Imowitz Koenig & Co., LLP<br>622 Third Avenue, 33rd Floor<br>New York, NY 10017** | |
| 26c.2.    **Real Estate Systems<br>Implementation Group, LLC<br>622 Third Avenue, 33rd Floor<br>New York, NY 10017** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Key Real Estate Bronxville LLC** | **1 Piermont Ave<br>Nyack, NY 10960** | **Member** | **100** |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Edgar M. Costa** | **129 West 20th St, PH AB<br>New York, NY 10011** | **Sole Manager** | |

Debtor    **EMC Bronxville Metropolitan LLC**                                              Case number *(if known)*    **18-22963-rdd**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **WY Builders Metropolitan LLC** | **1 Piermont Ave Nyack, NY 10960** | **Contractor** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **WY Management LLC** | **1 Piermont Ave Nyack, NY 10960** | **Former Sole Manager** | **Through January 2018** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Kerry Wellington** | **525 West 22nd St, PH F New York, NY 10011** | **Former Manager** | **Through March 2018** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Not Available** | | | |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|----------------------------------------------------------|
| **Key Real Estate Bronxville, LLC** | **EIN:    47-1016030** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **EMC Bronxville Metropolitan LLC**        Case number *(if known)*   **18-22963-rdd**

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 16, 2018

*Fred Stevens*              Fred Stevens, as Chapter 11 Trustee
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    Chapter 11 Trustee

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes