UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re EMC Bronxville Metropolitan LLC          Case No. 18-22963 (RDD)
    Debtor                                     Reporting Period: December 1, 2018 - December 31, 2018

                                               Federal Tax I.D. # 47-1591372

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | | X |
|    Copies of bank statements | | | X |
|    Cash disbursements journals | | | X |
| Statement of Operations | MOR-2 | | X |
| Balance Sheet | MOR-3 | | X |
| Status of Post-petition Taxes | MOR-4 | | X |
|    Copies of IRS Form 6123 or payment receipt | | | X |
|    Copies of tax returns filed during reporting period | | | X |
| Summary of Unpaid Post-petition Debts | MOR-4 | | X |
|    Listing of Aged Accounts Payable | | | X |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | X |
| Taxes Reconciliation and Aging | MOR-5 | | X |
| Payments to Insiders and Professional | MOR-6 | | X |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | | X |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Trustee    *Fred Stevens*                Date  January 3, 2019

Signature of Authorized Individual*                   Date

*Fred Stevens, Chapter 11 Trustee of EMC Bronxville Metropolitan, LLC*                Date

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**In re: EMC Bronxville Metropolitan LLC**

**Case No. 18-22963 (RDD)**
**Reporting Period: December 1, 2018 to December 31, 2018**

## Notes to the Monthly Operating Report

**General Notes**

On June 22, 2018 (the "Filing Date"), an involuntary Chapter 7 petition was filed against EMC Bronxville Metropolitan LLC (the "Debtor"), under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York, White Plains Division (the "Bankruptcy Court").

On July 23, 2018, the Bankruptcy Court entered an order converting the Chapter 7 case to Chapter 11 under of the Bankruptcy Code. See *Order signed on 7/23/2018 Granting Motion Converting Chapter 7 Case Under Chapter 11 of the Bankruptcy Code* (Dkt. 14).

On September 25, 2018, the Bankruptcy Court entered an order approving the appointment of Fred Stevens, Esq., as the Chapter 11 Trustee. See *Order signed on 9/24/2018 Approving Appointment of Chapter 11 Trustee {Fred Stevens, Esq.}* (Dkt. 43).

To date, the Chapter 11 Trustee's professionals are in the process of reviewing and analyzing the Debtor's books and records in connection with preparing the Debtor's Official Form 206, Schedule of Assets and Liabilities (the "SOAL") and the Debtor's Official Form 2017, Statement of Financial Affairs (the "SOFA").

The Chapter 11 Trustee and his professionals are in the processes of identifying any and all of the Debtor's bank accounts and the related statements and other financial books and records.

Due to the lack of information received to date and since the Debtor did not have any operations post-petition, there is no activity reflected in this operating report. Once the bank accounts have been identified and records received, the Chapter 11 Trustee will amend this operating report.

In re  EMC Bronxville Metropolitan LLC      Case No. 18-22963 (RDD)
**Debtor**     Reporting Period: December 1, 2018 - December 31, 2018

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | |
|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | *Unknown* | *Unknown* |
| **RECEIPTS** | | |
| CASH SALES | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - |
| LOANS AND ADVANCES | - | - |
| SALE OF ASSETS | - | - |
| OTHER *(ATTACH LIST)* | - | - |
| TRANSFERS *(FROM DIP ACCTS)* | - | - |
| TOTAL RECEIPTS | - | - |
| **DISBURSEMENTS** | | |
| NET PAYROLL | - | - |
| PAYROLL TAXES | - | - |
| SALES, USE, & OTHER TAXES | - | - |
| INVENTORY PURCHASES | - | - |
| SECURED/ RENTAL/ LEASES | - | - |
| INSURANCE | - | - |
| ADMINISTRATIVE | - | - |
| SELLING | - | - |
| OTHER *(ATTACH LIST)* | - | - |
| OWNER DRAW * | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - |
| PROFESSIONAL FEES | - | - |
| U.S. TRUSTEE QUARTERLY FEES | - | - |
| COURT COSTS | - | - |
| TOTAL DISBURSEMENTS | - | - |
| | | |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | - | - |
| | | |
| CASH – END OF MONTH | *Unknown* | *Unknown* |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | - |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | - |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | - |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | - |

FORM MOR-1
2/2008
PAGE 2 OF 3

In re EMC Bronxville Metropolitan LLC

Debtor

Case No. 18-22963 (RDD)

Reporting Period: December 1, 2018 - December 31, 2018

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| 2 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 3 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 4 | Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 5 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 6 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 7 | Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| 8 | Are any post petition payroll taxes past due? | | X |
| 9 | Are any post petition State or Federal income taxes past due? | | X |
| 10 | Are any post petition real estate taxes past due? | | X |
| 11 | Are any other post petition taxes past due? | | X |
| 12 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 13 | Are any amounts owed to post petition creditors delinquent? | | X |
| 14 | Are any wage payments past due? | | X |
| 15 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 16 | Is the Debtor delinquent in paying any U.S. Trustee fees? | X | |
| 17 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| 18 | Have the owners or shareholders received any compensation outside of the normal course of business? | | X |